STATE *v*. J. R. WERSEBE.

January Term, 1936.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and
SHERBURNE, JJ.

Opinion filed February 16, 1936.

See, also, 107 Vt. 529, 181 Atl. 299.

*P. C. Warner* for the respondent.

*John H. Webster*, State's attorney, for the State.

SHERBURNE, J.    This case was originally brought to this
Court upon exceptions.    At the November Term, 1935, these ex-
ceptions were overruled.    The case is now here upon a petition
for a writ of *certiorari*, seeking to take advantage of certain ex-
ceptions taken in the trial below, which the respondent failed to
bring upon the record when the case was formerly here.    See
107 Vt. 529, 181 Atl. 299.

As a general proposition, *certiorari* will not issue when
there is another adequate remedy.    It is generally held that
it will not issue where there is an adequate remedy by appeal or
exceptions.    *Sowles* v. *Bailey*, 69 Vt. 277, 284, 37 Atl. 751;

*Connors* v. *Ball,* 73 Vt. 182, 50 Atl. 804; *Stevens* v. *Hill et als.,* 74 Vt. 164, 52 Atl. 437.

■ Here there was a plain, adequate and expeditious remedy by a bill of exceptions of which the petitioner availed himself. Under the circumstances of this case, we do not think that the failure of petitioner's attorney properly to prepare the bill of exceptions, so as to bring upon the record the exceptions taken at the trial, affords a sufficient reason to take this case out of the general rule.

*Petition denied. Stay vacated.*